PHILLIP A. TALBERT
Acting United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 14, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>    v.<br><br>Jose Luis Aispuro-Quinonez,<br>Jesus Mateo Aispuro-Pena,<br>Daniel Cardenas,<br>Daniel Padilla-Gutierrez,<br>Maria Alicia Lucio-Castillo,<br>Ismael Miranda,<br><br>    Defendants. | CASE NO.<br>    2:22-mj-0147 JDP<br>SEALING ORDER<br><br>**UNDER SEAL** |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: October 14, 2022

_____
Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE