PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 20, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE LUIS AISPURO-QUINONEZ, et al.,<br><br>                    Defendants. | CASE NO. 2:22-MJ-0147 JDP<br><br>[PROPOSED] ORDER GRANTING MOTION TO FILE REDACTED COPY OF COMPLAINT |

**PROPOSED ORDER**

For the reasons stated in the government's motion, and for good cause shown, the government's motion to: (1) unseal the above-referenced case; (2) keep the complaint and any reference to the sixth defendant sealed; and (3) file a redacted copy of the sealed complaint is GRANTED. The Clerk of the Court is directed to file the redacted copy of the sealed complaint that was provided to the Court with its moving papers.

Dated: October 20, 2022

HON. JEREMY D. PETERSON
United States Magistrate Judge