PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS AISPURO-QUINONEZ, et al., <br><br> Defendants. | CASE NO. 2:22-MJ-0147 JDP <br><br> ORDER GRANTING MOTION TO UNSEAL COMPLAINT |

**<u>ORDER</u>**

For the reasons stated in the government's motion, the government's motion to unseal the complaint (and any other references to defendant number 6) in the above-captioned case is GRANTED. The Clerk of the Court is directed to file the complaint in the above-captioned case publicly without any redactions.

Dated:  November 10, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE