PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS AISPURO-QUINONEZ,<br>JESUS MATEO AISPURO-PENA,<br>DANIEL CARDENAS,<br>DANIEL PADILLA-GUTIERREZ,<br>MARIA ALICIA LUCIO-CASTILLO,<br>ISMAEL MIRANDA, and<br>VICTOR RIOS-BELTRAN,<br><br>Defendants. | CASE NO. 2:22-cr-0226 JAM<br><br>ORDER TO SEAL |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Aaron Pennekamp to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: November 10, 2022

Kendall J. Newman, United States Magistrate Judge
KENDALL J. NEWMAN
United States Magistrate Judge

ORDER TO SEAL

1