PHILLIP A. TALBERT
United States Attorney
AARON D. PENNEKAMP
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Nov 10, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>JOSE LUIS AISPURO-QUINONEZ, et al.,<br><br>       Defendants. | CASE NO. 2:22-cr-0226 JAM<br><br>ORDER GRANTING MOTION TO UNSEAL INDICTMENT |

**<u>ORDER</u>**

For the reasons stated in the government's motion, the government's motion to unseal the indictment related to the above-captioned case is GRANTED. The Clerk of the Court is directed to unseal the sealed indictment.

Dated:  November 10, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ORDER